# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DENISE OSBORNE,

        Plaintiff(s)

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

        Defendant(s)

CASE No C17-cv-07362-JST

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** *(specify process and provider)*
Private mediation with mediator Doug DeVries

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☐ other requested deadline:

Date: March 20, 2018      /s/ Bernard Schwam
                               Attorney for Plaintiff

Date: March 20, 2018      /s/ Stacy M. Tucker
                               Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  March 21, 2018

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*

American LegalNet, Inc.
www.FormsWorkFlow.com
