PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
pcogan@rmkb.com; stacy.tucker@rmkb.com

Attorneys for Defendants
LBERTY LIFE ASSURANCE COMPANY OF BOSTON and WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE OSBORNE,<br><br>          Plaintiff,<br><br>     v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and Does 1 to 10, inclusive,<br><br>          Defendants. | CASE NO. 17-cv-07362-JST<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  April 4, 2018<br>Time:  2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Jon S. Tigar |

TO THE COURT AND TO ALL INTERESTED PARTIES HEREIN:

Pursuant to L.R. 16-10 and Judge Tigar's Standing Order, counsel for both parties hereby respectfully submit this stipulation seeking the Court's permission to appear by telephone at the Case Management Conference scheduled for April 4, 2018 at 2:00 p.m. in San Francisco. Counsel for Defendant Stacy Monahan Tucker will appear at the Case Management Conference but is currently scheduled to be in Seattle, Washington, on the day of the Case Management Conference. Counsel for Plaintiff Bernard Schwam will appear as well but is scheduled to be in Encino, California that day. The parties submit that it would be more efficient and environmentally advantageous for counsel to appear by telephone at what is likely to be a brief proceeding. The parties therefore stipulate to this joint request for telephonic appearance.

/ / /

**IT IS SO STIPULATED.**

Dated: March 26, 2018                               LAW OFFICES OF BERNARD R. SCHWAM


By: */s/ Bernard R. Schwam*
    BERNARD R. SCHWAM
    Attorneys for Plaintiff DENISE
    OSBORNE


Dated: March 26, 2018                               ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Stacy M. Tucker*
    PAMELA E. COGAN
    STACY M TUCKER
    Attorneys for Defendant LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON

## [PROPOSED] ORDER

The parties' request to permit counsel for all parties to appear by telephone at the April 4, 2018 case management conference is granted.

**IT IS SO ORDERED.**

Dated: March 26, 2018                               U.S. DISTRICT JUDGE