# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE OSBORNE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and Does 1 to 10, inclusive,<br><br>　　　　Defendant. | CASE NO.: 17-cv-07362-JST<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [~~24~~] |

Based upon the Parties' Stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that the Parties shall bear their own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**.

Dated: June ~~15~~ 18, 2018

_____
JON S. TIGAR,
UNITED STATES DISTRICT JUDGE